AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>VALENTINO TEREZ CARPENTER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   4:22 MJ 7199 SPM<br>)<br>)  SIGNED AND SUBMITTED TO THE COURT FOR<br>)  FILING BY RELIABLE ELECTRONIC MEANS<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 21, 2022   in the county of   St. Charles   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841a | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

*Complainant's signature*

TFO Daniel Plumb, DEA

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  07/08/2022

*Judge's signature*

City and state:   St. Louis, Missouri   Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*

AUSA: GRANGER